JS6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 2 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY
DEPUTY

1 Robert J, Lauson, Esq., No. 175,486
  Edward C. Schewe, Esq., No. 143,554
2 LAUSON & SCHEWE LLP
  1600 Rosecrans Avenue, 4th Floor
3 Manhattan Beach, California 90266
  Telephone: (310) 321-7890
4 Fax: (310) 321-7891
  Email: bob@lauson.com;
5         ed@lauson.com

6 Attorneys for Plaintiff
  LUCRECIA USA, LTD.

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10 LUCRECIA USA, LTD., a Delaware )  CASE NO. SACV 07 - 0636 AG(MLGx)
   Corporation,                   )
11                                )  STIPULATION OF DISMISSAL
12              Plaintiff,         )  and Order
                                   )
13      vs.                        )
                                   )
14 PHYSICIANS' AESTHETIC           )
   RESEARCH, INC. a California     )
15 Corporation; LORRAINE L.        )
   PAQUET, an individual; and DOES )
16 1-9, inclusive,                 )
                                   )
17              Defendants.        )
                                   )
18                                 )
19                                 )

20

21  / / /

22  / / /

23  / / /

24

25

26

27

28

1    IT IS HEREBY AGREED by and between the parties to this action, through

2  counsel, that the above-identified action be and hereby is dismissed without

3  prejudice pursuant to FRCP 41(a)(1).

4

5                                              LAUSON & SCHEWE

6

7  Dated:  March 14, 2008             By:

8                                              Robert J. Lauson, Esq.

9                                              Attorneys for Plaintiff

10

11                                             STETINA BRUNDA et al.

12

13  Dated:  March 6, 2008             By:

14                                             Kit Stetina, Esq.

15                                             Attorneys for Defendants

16

17

18  IT IS SO ORDERED.

19  DATED:  4/24/08

20

21  UNITED STATES DISTRICT JUDGE

22

23                                             ANDREW J. GUILFORD

24

25

26

27

28

                                                  2